# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION


OTHA MALONE
o/b/o CANDICE MALONE                                                        PLAINTIFF

v.                                  NO. 2:04CV00057 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                     DEFENDANT


## ORDER

Pending before the Court[1] is Plaintiff's Motion for an Award of Attorney's Fees and

Other Expenses  under the Provisions of the Equal Access to Justice Act (EAJA), 28 U.S.C. §

2412 (docket entry #14), along with a Memorandum in Support (docket entry #15).  Defendant

has not responded.  For the reasons set forth herein, the Motion will be granted.

On March 18, 2004, Plaintiff filed this action challenging the decision of an

Administrative Law Judge ("ALJ") that denied her social security benefits (docket entry #2).

On November 17, 2004, the Court entered an Order and Judgment (docket entries #12 and #13)

that remanded the case to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g) and *Buckner*

*v. Apfel,* 213 F.3d 1006, 1010-11 (8th Cir. 2000).

On January 19, 2005, Plaintiff's attorney, Mr. Anthony W. Bartels, filed a Motion for

an Award of  Attorney's Fees and Other Expenses Under the Provisions of the EAJA.  In this

Motion, Mr. Bartels seeks payment for 6.95 hours of work performed by an attorney, 6.10 hours

---

[1] On April 8, 2004, the parties consented to proceed before a United States Magistrate
Judge (docket entry #5).

of work performed by a paralegal, and reimbursement for $81.15 in expenses. Pursuant to an agreement between The Bartels Law Firm and the Office of General Counsel of the Social Security Administration (docket entry #15, attachment), Mr. Bartels seeks payment for 6.95 hours of attorney time during 2004 at the adjusted hourly rate of $152.00. Mr. Bartels seeks payment for 6.10 hours of paralegal time at the rate of $65 an hour and $81.15 in expenses. Defendant has not filed a Response objecting to the Motion, which has been pending for six months, and the time for doing so has long since expired.

Under these circumstances, the Court concludes that Plaintiff is entitled to an award of fees and expenses under the EAJA, and that the amount requested by Plaintiff's attorney is reasonable. Accordingly, Plaintiff's attorney shall receive a total award of $1,534.05, which includes: (1) 6.95 hours of attorney time at the rate of $152.00 per hour ($1,056.40); (2) $396.50 in paralegal fees; and (3) $81.15 in expenses.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (docket entry #14) is hereby GRANTED.

IT IS FURTHER ORDERED that the Commissioner shall certify and pay to Mr. Anthony W. Bartels, attorney for Plaintiff, $1,534.05, which has been awarded as fees and expenses pursuant to the EAJA.

DATED this 14th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE